**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,   Criminal No. 03-272 (1) (RHK/AJB)

      Plaintiff,   **ORDER**

vs.

William Renard Raleigh,

      Defendant.

---

Defendant, a career offender, was sentenced to 150 months of imprisonment after pleading guilty to possession with intent to distribute cocaine base ("crack"). The applicable guidelines range was 262 to 327 months, but the 150-month sentence resulted from Defendant's "substantial assistance" to the Government. Amendment 706, generally reducing by two levels the offense levels for crack cocaine offenses, is applicable only where "the sentencing range has been lowered by the Sentencing Commission.

Defendant's sentence range, because of his career offender classification, remains as it was at the time he was sentenced. Because Defendant was not sentenced based on a sentencing range which was thereafter lowered, he does not meet the requirements for a sentence reduction.

Accordingly, and upon all the files, records and proceedings here, **IT IS ORDERED** that Defendant's Motion to Reduce Sentence Pursuant to 18 U.SC. § 3582 (c)(2) (Doc. No. 30) is **DENIED**.

Dated: April 22, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge